UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| LEOBARDO SIMENTAL On behalf of HIMSELF and All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | CASE NO. 2:11-cv-00013-WCO |
| KOCH FOODS OF GAINESVILLE, LLC, and KOCH FOODS OF CUMMING, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

### FINAL ORDER AND ORDER OF DISMISSAL

Before the Court is the Joint Motion for Entry of a Final Order and Order of Dismissal (Court File No. 83). Upon agreement of the parties, and for good cause shown, the parties' motion is **GRANTED**. The Court **ORDERS** as follows:

1. The claims of opt-in plaintiffs of the Additional Class, as defined in the Approval Order (Court File No. 67), and the Named Plaintiff are **DISMISSED WITH PREJUDICE**. A list of the opt-in plaintiffs of the Additional Class (the "Additional Class Members") and the Named Plaintiff is attached as Exhibit A.

2. Within twenty-one days of the Court entering this Final Order, Koch Foods must deliver to Plaintiffs' counsel as set forth in Paragraph 12 of the Settlement Agreement the required payments to the Additional Class Members.

SO ORDERED

ENTER: March 14, 2012.

_____
Richard W. Story, U.S. District Court Judge

**APPROVED FOR ENTRY:**

/s/ Scott P. Tift
GEORGE E. BARRETT
(admitted Pro Hac Vice)
DAVID W. GARRISON
(admitted Pro Hac Vice)
SCOTT P. TIFT
(admitted Pro Hac Vice)
BARRETT JOHNSTON, LLC
217 Second Avenue North
Nashville, TN 37201
(615) 244-2202


SPENCE JOHNSON
George Bar No. 395469
DUSTIN MARLOWE
George Bar No. 773538
ORR BROWN JOHNSON LLP
641 Spring Street
Gainesville, GA 30501
(770) 534-1980

*Counsel for Plaintiffs*

/s/ Scott W. Pedigo
RUSSELL W. GRAY
(admitted Pro Hac Vice)
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, PC
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
(423) 756-2010

SCOTT W. PEDIGO
(admitted Pro Hac Vice)
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, PC
P.O. Box 14167
4268 I-55 North
Jackson, MS 39211
(601) 351-2400

MEGAN KREITNER OUZTS
Georgia Bar No. 142654
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, PC
Suite 1600, Monarch Plaza
3414 Peachtree Road, N.E.
Atlanta, GA 30326
(404) 577-6000

*Counsel for Koch Foods of Gainesville, LLC and Koch Foods of Cumming, LLC*

<u>Exhibit A</u> to Final Order and Order of Dismissal

| | |
|---|---|
| Arroyo Reyes | Cinthia I. |
| Bartlett | Christopher |
| Batista | Orizlous Texidor |
| Bobo | Devin |
| Bornu | Samuel |
| Bragg | Kenneth J. |
| Castillo | Anaceci |
| Dunbar | Gwendolyn |
| Escalera | Rosa H. |
| Garcia | Deniz |
| Garcia | Javier |
| Hernandez | Enriqueta |
| Hernandez-Ledesma | Jose J. |
| Hollis | Travis |
| Huato | Gloria |
| Juarez Ortiz | Maria |
| Ledesma | Jesus |
| Maney | Daniel Lee |
| Mendoza | Socorro |
| Ortega | Alicia |
| Ortega | Maria |
| Ortiz | Maria I. |
| Pagan Cirilo | Angel F. |
| Roberts | William Timothy |
| Rodriguez | Cheryl |
| Sanchez | Hilda |
| Simental | Leobardo |
| Tafolla | Sara |
| Teems | Joshua |
| Torres | Frak E. |
| Torres | Robert |
| Trevino | Ashley Justine |
| Vasquez | Tomasa |